**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

Evan Thomas Shea
Assistant United States Attorney
Evan.Shea@usdoj.gov

Suite 400
36 S. Charles Street
Baltimore, MD 21201-3119

DIRECT: 410-209-4982
MAIN: 410-209-4800
FAX: 410-962-9293

January 16, 2015

The Honorable Catherine C. Blake
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

RE:     *United States v. $46,415.75 in U.S. Currency*
        **Civil Action No. 14-565-CCB**

Dear Judge Blake:

The government submits this letter to provide the Court a status report in the above-referenced case.  The above-referenced case is related to a parallel criminal investigation.   On April 8, 2014, the Court granted a consent motion to stay this civil action pending the conclusion of the parallel criminal case.  On November 20, 2014, the government provided a status report   explaining that the parties have been in discussions, and are hopeful that they can reach a global resolution of both this case and the parallel criminal case.  The parties are in the process of finalizing such an agreement, but require additional time to do so.  The parties anticipate resolving the matter shortly, but will file another status report in sixty (60) days, if the matter is not resolved by that time.  If this is acceptable to the Court, the government asks that the Court approve it by endorsing this letter.

Very truly yours,

Rod J. Rosenstein
United States Attorney

By:     /s/_____
        Evan T. Shea
        Assistant United States Attorney

cc:     Court File
        Counsel of Record via CM/ECF

January 16, 2015
Page **2** of **2**


APPROVED:


_____                    _____
Catherine C. Blake                             Date
United States District Judge